# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MADDOX,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA DEPT. OF CORRECTIONS, et al.,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | CASE NO. 1:02 CV-5225 DLB P<br><br>ORDER REQUIRING PLAINTIFF TO FILE AN OPPOSITION OR A STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

　　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On March 20, 2008, defendants filed a motion for summary judgment.  More than twenty-one days have passed and plaintiff has not filed an opposition or a statement of non-opposition.  Local Rule 78-230(m).

　　　　<u>Plaintiff is required to respond to defendants' motion within **thirty (30) days** from the date of service of this order by filing  an opposition or a statement of non-opposition.  If plaintiff fails to file a response to defendants' motion, the court will recommend that this action be dismissed, with prejudice, for failure to obey a court order and failure to prosecute.</u>

　　　　IT IS SO ORDERED.

　　　　Dated:　__May 8, 2008__　　　　　　__/s/ Dennis L. Beck__
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE