# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MADDOX,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA DEPT. OF CORRECTIONS, et al.,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　／ | CASE NO. 1:02 CV-5225 DLB P<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR STAY OF PROCEEDINGS<br><br>(Doc. 81)<br><br>ORDER REQUIRING DEFENDANTS TO RE-SERVE PLAINTIFF WITH MOTION FOR SUMMARY JUDGMENT |

　　　　Plaintiff is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On May 8, 2008, this court ordered plaintiff to file an opposition or statement of non-opposition to defendants' motion for summary judgment.

　　　　On May 29, 2008, plaintiff filed a motion for a stay of proceedings (Doc. 81). Plaintiff states that he cannot respond to defendants' motion for summary judgment because he never received a copy of their motion materials.

　　　　Plaintiff's motion for a stay of proceedings is denied. Defendants shall re-serve plaintiff with their motion for summary judgment and shall file with the court a declaration of service. Plaintiff shall respond to defendants' motion within thirty (30) days from the date of service of defendants' motion, by filing an opposition or a statement of non-opposition. If plaintiff fails to file a response, the court will recommend that this action be dismissed, with prejudice, for failure to obey a court order and failure to prosecute.

///

1   IT IS SO ORDERED.

2   **Dated:** **June 30, 2008**          /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE