UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MADDOX,<br><br>    Plaintiff,<br>vs.<br><br>CALIFORNIA DEPT. OF CORRECTIONS, et al,<br><br>    Defendants.<br>_____/ | CASE NO. 1:02-cv-05225 DLB(PC)<br><br>ORDER GRANTING MOTION TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(DOCUMENT #84)<br><br>THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On August 1, 2008, plaintiff filed a motion to extend time to file an opposition to defendants' motion for summary judgment. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file an opposition to the defendants' motion for summary judgment.

IT IS SO ORDERED.

Dated:   **August 7, 2008**             **/s/ Dennis L. Beck**
                                                          UNITED STATES MAGISTRATE JUDGE